■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANTA FLEMING, Appellant. [706 NYS2d 340] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered January 31, 1997, convicting her of criminal sale of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review her contention regarding the preliminary instructions given to the jury (*see, People v Hickey,* 133 AD2d 421). In any event, the instructions given adequately conveyed to the jury its function, duties, and conduct (*see,* CPL 270.40; *People v Moore,* 161 AD2d 733).

The defendant's contention that the court improperly limited her cross-examination of a prosecution witness is also unpreserved for appellate review, and, in any event, without merit, since the limitation was a provident exercise of discretion (*see, People v Schwartzman,* 24 NY2d 241, *cert denied* 396 US 846; *People v Ashner,* 190 AD2d 238). Krausman, J. P., H. Miller, Schmidt and Smith, JJ., concur.